IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY JONES,
ADC #88202                                                                                                PLAINTIFF

v.                                            5:07CV00291HLJ

LARRY NORRIS, et al.                                                                            DEFENDANTS

ORDER

By Order dated November 20, 2007 (DE #6), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #8). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate with respect to his inadequate medical care and unconstitutional medical/work classification claims against defendants Norris, Kelley, Lay, Griffin, Woods and Blackmon. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #3) and amended complaints (DE #8) and summons on defendants Larry Norris, Wendy Kelley, Gaylon Lay, Rory Griffin, and Crystal Woods in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore. The United States Marshal is hereby directed to serve a copy of the original and amended complaints and summons on

1

the defendant Dr. James Blackmon <u>in care of</u> Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 21st day of December, 2007.

_Henry L. Jones, Jr._
United States Magistrate Judge