IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY JONES,                                                                                    PLAINTIFF
ADC #88202

VS.                             CASE NO. 5:07CV00291 WRW/HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de</u> <u>novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that plaintiff's disciplinary and punitive isolation allegations against defendants Gibson, Blankenship, Engelhart, and Minor are hereby DISMISSED.

IT IS FURTHER ORDERED that defendants Gibson, Blankenship, Englehart, Minor, and the Arkansas Department of Correction are hereby DISMISSED from plaintiff's complaint.

SO ORDERED 7th day of January7, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE