IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY JONES,
ADC #88202                                                                                    PLAINTIFF

v.                                      5:07CV00291HLJ

LARRY NORRIS, et al.                                                                DEFENDANTS

ORDER

This matter is before the Court on the plaintiff's motion for temporary restraining order, which this Court construes as a motion for preliminary injunction (DE #4), and the motion to dismiss filed by defendants Kelley, Lay, Norris, and Woods (DE #22). As of this date, responses have not been filed to these motions. Accordingly,

IT IS, THEREFORE, ORDERED that defendants shall file a response to plaintiff's motion for preliminary injunction within ten days of the date of this Order.

IT IS FURTHER ORDERED that plaintiff shall file a response to defendants' motion to dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 5th day of February, 2008.

_____
United States Magistrate Judge