IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY JONES,
ADC #88202                                                                                              PLAINTIFF

5:07CV00291HLJ

LARRY NORRIS, et al.                                                                         DEFENDANTS

ORDER

On December 21, 2007, this Court granted plaintiff's application to proceed in forma pauperis in this 42 U.S.C. § 1983 action, and directed the issuance of summons and service on several defendants (DE #11).  On January 10, 2008, summons was returned, unexecuted, as to defendant Rory Griffin, with a notation indicating that while he is not an employee of the Arkansas Department of Correction (ADC), he may be an employee of Correctional Medical Services, Inc. (CMS) (DE #20).  Therefore, the Court will direct the issuance of summons and service in care of the CMS attorneys.  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Rory Griffin, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #3) on defendant, in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 12th day of  February, 2008.


_Henry L. Jones, Jr._
United States Magistrate Judge