IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY JONES,                                                                                          PLAINTIFF
ADC #88202

VS.                                             5:07CV00291 WRW

LARRY NORRIS, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that Plaintiff's motion for preliminary injunctive relief is hereby DENIED.

SO ORDERED this 11th day of March, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE